**Gregory C. DIXON, Appellee,**

v.

**CITY OF PITTSBURGH, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1999.

Decided Oct. 4, 1999.

Virginia Spencer Scott, Jacqueline R. Morrow, Pittsburgh, for City of Pittsburgh.

Keithley D. Mulvihill, Susan E. Malie, Pittsburgh, for Gregory Dixon.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**John Delbert BEASELY, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 14, 1999.

Decided Oct. 4, 1999.

James R. Wilson, Pittsburgh, for John Delbert Beasley.

Michael W. Streily, Deputy Dist. Atty., Robert A. Willig, Asst. Dist. Atty., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.